IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RICKIE GREEN                                                                                                    PLAINTIFF
ADC #117055

V.                             NO.  5:05cv00277 JLH-JWC

KAY BRODNAX, et al.                                                                                    DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition received from Magistrate Judge Jerry Cavaneau. There have been no objections. The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, Plaintiff's case is dismissed without prejudice as to Defendants Breshear and Ezelle. Plaintiff's case shall proceed against Defendants Brodnax, Redix, Robinson, and Brown.

IT IS SO ORDERED this 26th day of October, 2007.

_____
UNITED STATES DISTRICT JUDGE